```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

MARK W. CAHALAN,              )
    Plaintiff,               )
                              )
       v.                     )
                              )
AMERIQUEST MORTGAGE CO.,      ) Civil Action No. 05-309
    Defendant and Third-      )
    Party Plaintiff,          )
                              )
       v.                     )
                              )
BEATRICE M. CAHALAN,          )
    Third-Party Defendant.    )

## JUDGMENT ORDER

AND NOW, this 10th day of May, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, Ameriquest Mortgage Co., and against plaintiff, Mark W. Cahalan.

                                                BY THE COURT:

                                                <u>s/Gary L. Lancaster</u>
                                                Gary L. Lancaster,
                                                United States District Judge

cc:  All Counsel of Record